**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DE'MONTRAY LARELL WARD,<br><br>Plaintiff,<br><br>v.<br><br>MS. HERNANDEZ, *et al.*,<br><br>Defendants. | No. 4:26-CV-02077<br><br>(Chief Judge Brann) |

# ORDER

**AND NOW**, this 18th day of November 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's claims under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics* are **DISMISSED** with prejudice as to all Defendants pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. The Clerk of Court is directed to terminate all individual Defendants.

3. Plaintiff's motion to amend (Doc. 9) is **GRANTED** only to the extent that the United States of America shall be added as a defendant in this action for any claim under the Federal Tort Claims Act.

4. To the extent that Plaintiff is attempting to assert a claim or claims under the Federal Tort Claims Act, those claims are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

5. Within **21 days** from the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum. Plaintiff must adhere to the instructions for amendment provided by the Court.

6. If no appropriate amended complaint is timely filed, the Court will CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge